**DISMISSED and Opinion Filed March 3, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01409-CV

**DRIVER PIPELINE COMPANY, INC., Appellant**
**V.**
**CLAUDIA NINO, JESUS ESPINOZA, JR., SYLVIA ESPINOZA, JESUS MEDINA ESPINOZA, OLIVIA ESPINOZA, PAULA WYATT, AND THE WYATT LAW FIRM, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01630**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Nowell
Opinion by Justice Whitehill

Seeking to appeal the trial court's interlocutory order denying its motion to reconsider the dismissal of its claims against appellees under Texas Rule of Civil Procedure 91a, appellant has filed a petition for permissive appeal. We deny the petition and dismiss the appeal for want of jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(f); TEX. R. APP. P. 28.3, 42.3(a); *Bethel v. Quilling, Selander, Lownds, Winslett & Moser, P.C.*, No. 18-0595, 2019 WL 8012729, *3 (Tex. Feb. 21, 2020).

/Bill Whitehill/
BILL WHITEHILL
JUSTICE

191409F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DRIVER PIPELINE COMPANY, INC.,
Appellant

No. 05-19-01409-CV          V.

CLAUDIA NINO, JESUS ESPINOZA,
JR., SYLVIA ESPINOZA, JESUS
MEDINA ESPINOZA, OLIVIA
ESPINOZA, PAULA WYATT, AND THE
WYATT LAW FIRM, Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-01630.
Opinion delivered by Justice Whitehill,
Justices Molberg and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Claudia Nino, Jesus Espinoza, Jr., Sylvia Espinoza, Jesus Medina Espinoza, Olivia Espinoza, Paula Wyatt, and The Wyatt Law Firm recover their costs, if any, of this appeal from appellant Driver Pipeline Company, Inc.

Judgment entered March 3, 2020

–2–